**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **The Great Atlantic & Pacific Tea** | : | **Case No. 10 B 24549 (RDD)** |
| **Company, Inc., et al.,** | : | |
| Debtors. | : | **(Jointly Administered)** |

--------------------------------------------------------x

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of The Great Atlantic & Pacific Tea Company, Inc., and affiliated debtors in possession:

1. Wilmington Trust Company
  Rodney Square North
  1100 North Market Street
  Wilmington, Delaware 19890-1605
  Attention: Patrick Healy - Vice President
  Telephone: (302) 636-6391
  Fax: (302) 636-4149

2. Pension Benefit Guaranty Corporation
  1200 K Street, N.W.
  Washington, D.C. 20005
  Attention: Israel Goldowitz - General Counsel
  Telephone: (202) 326-4070
  Fax: (202) 842-2643

3. United Food & Commercial Workers International Union, CLC
  1775 K Street, N.W.
  Washington, D.C. 20006-1598
  Attention: Anthony M. Perrone - International Secretary-Treasurer
  Telephone: (202) 223-3111
  Fax: (202) 728-1802

4.    Central States, Southeast and Southwest Areas Pension Fund
      9377 W. Higgins Road
      Rosemont, Illinois 60018-4938
      Attention: Timothy C. Reuter, Esq.
      Telephone: (847) 518-9800
      Fax: (847) 518-9797

5.    1199SEIU Healthcare Employees Pension Fund
      c/o Levy Ratner, P.C.
      80 Eight Avenue - 8th Floor
      New York, New York 10011-5126
      Attention: Suzanne Hepner, Esq.
      Telephone: (212) 627-8100
      Fax: (212) 627-8182

6.    Kimco Realty Corporation
      3333 New Hyde Park Road
      New Hyde Park, New York 11042
      Attention: Raymond Edwards - Vice President
      Telephone: (516) 869-2586
      Fax: (516) 336-5686

7.    McKesson Pharmaceutical
      One Post Street
      San Francisco, California 94104
      Attention: Jennifer Schineller - Vice President
      Telephone: (415) 983-9333
      Fax: (415) 732-2967

8.    C&S Wholesale Grocers, Inc.
      7 Corporate Drive
      Keene, New Hampshire 03431
      Attention: Mark Gross
      Telephone: (603) 352-2250
      Fax: (603) 352-5330

9.    Calip Dairies, Inc.
    701 Zerega Avenue
    Bronx, New York 10473
    Attention: Leo Glynn - Co-Owner
    Telephone: (718) 518-8700
    Fax: (718) 518-7504


Dated: New York, New York
       December 21, 2010

TRACY HOPE DAVIS
UNITED STATES TRUSTEE


By:   /s Richard C. Morrissey
      Richard C. Morrissey
      Trial Attorney
      33 Whitehall Street, 21st Floor
      New York, New York  10004
      Tel. No. (212) 510-0500