**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re                                        <u>**Chapter 11**</u>

**The Great Atlantic & Pacific Tea**          **Case No. 10 B 24549 (RDD)**
**Company, Inc., et al.,**

                    **Debtors.**             **(Jointly Administered)**


-----------------------------------------------------------x

**AMENDED APPOINTMENT OF**
<u>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**</u>

     Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of The Great Atlantic & Pacific Tea Company, Inc., and affiliated debtors in possession:


1.      Wilmington Trust Company
        Rodney Square North
        1100 North Market Street
        Wilmington,  Delaware 19890-1605
        Attention: Patrick Healy, Vice President
        Telephone: (302) 636-6391
        Fax: (302) 636-4149

2.      Pension Benefit Guaranty Corporation
        1200 K Street, N.W.
        Washington, D.C. 20005
        Attention: Dana Cann, Financial Analyst
        Telephone: (202) 326-4070, ext. 3810
        Fax: (202) 842-2643

3.      United Food & Commercial Workers International Union, CLC
        1775 K Street, N.W.
        Washington, D.C. 20006-1598
        Attention: Anthony M. Perrone, International Secretary-Treasurer
        Telephone: (202) 223-3111
        Fax: (202) 728-1802

4. Central States, Southeast and Southwest Areas Pension Fund
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
Attention: Timothy C. Reuter, Esq.
Telephone: (847) 518-9800
Fax: (847) 518-9797

5. 1199SEIU Healthcare Employees Pension Fund
c/o Levy Ratner, P.C.
80 Eighth Avenue - 8th Floor New
York, New York 10011-5126
Attention: Suzanne Hepner, Esq.
Telephone: (212) 627-8100
Fax: (212) 627-8182

6. Kimco Realty Corporation
3333 New Hyde Park Road
New Hyde Park, New York 11042
Attention: Raymond Edwards - Vice President
Telephone: (516) 869-2586
Fax: (516) 336-5686

7. McKesson Pharmaceutical
One Post Street
San Francisco, California 94104
Attention: Jennifer Schineller - Vice President
Telephone: (415) 983-9333
Fax: (415) 732-2967

8. C&S Wholesale Grocers, Inc.
7 Corporate Drive
Keene, New Hampshire 03431
Attention: Mark Gross
Telephone: (603) 352-2250
Fax: (603) 352-5330

9.      Calip Dairies, Inc.
        701 Zerega Avenue
        Bronx, New York 10473
        Att'n.: Leo Glynn, Co-Owner
        Telephone: (718) 518-8700
        Fax: (718) 518-7504

        Dated: New York, New York
                January 18, 2011

                                TRACY HOPE DAVIS
                                UNITED STATES TRUSTEE


                        By:     /s Richard C. Morrissey
                                Richard C. Morrissey
                                Trial Attorney
                                33 Whitehall Street, 21st Floor
                                New York, New York  10004
                                Tel. No. (212) 510-0500