Ivie

P.O. Box 271067  
Flower Mound, TX 75027  
(972)899-5000

# INVOICE

| | |
|---|---|
| TO: A&P Inc. | INVOICE: 78760 |
| 2 Paragon Drive | DATE : 12/14/2010 |
| Montvale NJ 07645 | TERMS : Net 15 Days |
| USA | |

JOB:    API C08872            1/7 Sale Event

| DESCRIPTION | CURRENT |
|---|---|
| FSI (for inserts and store cop | 27,061.17 |
|     OPTION 1 | |
|     Total Quantity 3,075,257 (includes spoilage and samples) | |
|     Distribution: | |
|     - FSI's to newspapers, 2,960,257 qty, per distribution list. | |
|     - FSI's as stores copies: 115,000 qty.(110 stores, 1000 per) | |
|     - FSI samples: 5000 to Montvale, NJ 07645 | |
|     - FSI samples: 20 to Flower Mound TX 75028. | |
|     --- | |
|     Single Sheet: FSI | |
|     Frequency of Ad: One event | |
|     Page count: 1 | |
|     Versions: 1 | |
|     Page Size 8.5" x 11" | |
|     Stock 50# coated #5 | |
|     Ink 4cp/4cp (different art F/B) | |
|     Color is based on medium ink coverage. | |
|     Bleeds: No | |
|     Folds: No | |
|     Art Backup Head/Head | |
|     Artwork/Files Locked pdf files | |
|     Proofs Ivie Supplied PDF | |
|     Finishing Press delivered - Trimmed | |
|     --- | |
|     Packing (Pack Out): FSI's are bulk packed on skids. | |
|     Estimate does not include costs for cartons and carton | |
|     packing for distribution to newspapers/DC's. | |
|     Store copies pack in convenient cartons of 1000 per carton | |
|     for individual shipments. | |
|     --- | |
|     Print Method Print by heat set web offset Lithography | |
| ============================================================ | |
| Non-Item Bag Stuffer | 1,132.28 |
|     OPTION 1 | |
|     Total Quantity 115,010 (includes spoilage, overs & samples) | |
|         ** CONTINUED ON NEXT PAGE ** | |

Ivie

P.O. Box 271067
Flower Mound, TX 75027
(972)899-5000

# INVOICE

TO:   A&P Inc.
      2 Paragon Drive
      Montvale NJ 07645
      USA

INVOICE:  78760
DATE   :  12/14/2010
TERMS  :  Net 15 Days

JOB:   API C08872          1/7 Sale Event

| DESCRIPTION | CURRENT |
|---|---|
| - Qty 110,000 to stores (110 stores, 1000 per) <br> - Samples 5,000 to Montvale NJ 07645 <br> - Samples 10 to Flower Mound, TX 75028 <br> ---- <br> Single Sheet - Bag Stuffer <br> Frequency of Ad: One event <br> Page count: 1 <br> Versions: 1 <br> Page Size 8.5" x 11" <br> Stock 50# coated #5 <br> Ink 4cp/4cp (art same F/B) <br> Bleeds: No <br> Folds: No <br> Art Backup Head/Head <br> Artwork/Files Locked pdf files <br> Proofs Ivie Supplied PDF <br> Finishing Press delivered - Trimmed <br> --- <br> Packing (Pack Out) in 1000's, in convenient cartons for individual store shipments. <br> --- <br> Print Method Print by heat set web offset Lithography <br> Freight / Shipping for FSI <br> Freight estimate is based on a mix of ground/air travel required to make specific delivery date windows, requested by the client. <br> --------- <br> - FSI's TO NEWSPAPERS: 22 drops per provided distribution list. FSI's deliveries expected no earlier than 12/29, no later than 12/31. <br> --------- <br> - FSI's AS STORE COPIES: 110 boxes of 1000 ea., per provided distribution list. Shipping via 2-day air freight on 1/04/11. Expected delivery on 1/06/11. No earlier, no later. <br> ** CONTINUED ON NEXT PAGE ** | 7,200.00 |

Ivie

P.O. Box 271067
Flower Mound, TX  75027
(972)899-5000

# INVOICE

TO:     A&P Inc.
        2 Paragon Drive
        Montvale  NJ 07645
        USA

INVOICE:  78760
DATE   :  12/14/2010
TERMS  :  Net 15 Days

JOB:    API C08872            1/7 Sale Event

| DESCRIPTION | CURRENT |
|---|---|
| ---------<br>Estimate ground service for 5000 overs to NJ 07645 and 10 to TX 75028, expected to deliver by 1/04/11.<br>============================================================<br>Freight / Shipping for Store C<br>Freight estimate is based on 2-day air freight, required to make specific delivery date windows, requested by the client.<br>------<br>- BAGSTUFFERS TO STORES: Ship to 110 stores @ 1000 per store, per provided distribution list. Delivery expected no earlier than 12/30/10, no later than 1/03/11.<br>------<br>- BAGSTUFFERS AS OVERS/SAMPLES: 5000 overs bundled in 1000's and shipped to Montvale NJ 07645 expected to arrive by 12/30/10. Samples to Flower Mound TX 75028 expected to arrive by 12/30/10.<br>============================================================<br>Freight may vary based on file release time, weather conditions, delivery deadlines which may require expedited freight, holiday schedules/closures, final print quantity, fuel surcharges and final delivery location(s) or unforeseen circumstances. | <br><br><br><br><br>2,760.00 |
| SUB-TOTAL | 38,153.45 |
| SALES TAX DEPOSIT | 2,670.74 |
| TOTAL AMOUNT DUE | 40,824.19 |

** CONTINUED ON NEXT PAGE **

Ivie

P.O. Box 271067
Flower Mound, TX  75027
(972)899-5000

# INVOICE

TO:     A&P Inc.
        2 Paragon Drive
        Montvale  NJ 07645
        USA

INVOICE:  78760
DATE   :  12/14/2010
TERMS  :  Net 15 Days

JOB:    API C08872          1/7 Sale Event

| DESCRIPTION | CURRENT |
|---|---|
| TOTAL AMOUNT DUE | 40,824.19 |

Job Category:
   Please remit to:
   Ivie & Associates, Inc.
   P.O. Box 975060
   Dallas, TX 75397-5060