# EXHIBIT B

**RECLAMATION CHART (non-PACA items only)**

**Creditor**                Red Jacket Orchards

In re The Great Atlantic & Pacific Tea Company, Inc., et al.
U.S. Bankruptcy Court, Southern District of New York, Case No. 10-24549

| Invoice Number | Date of Transaction | Date Notice Given | Payment Due Date | Total Reclamation Amount Due | Accrued service charge through 1/21/11* | Amount ** |
|---|---|---|---|---|---|---|
| 81043 | 10/27/10 | 10/28/10 | 11/18/10 | $145.85 | $2.30 | $148.15 |
| 81042 | 10/27/10 | 10/28/10 | 11/18/10 | $34.50 | $0.54 | $35.04 |
| 81065 | 10/27/10 | 10/28/10 | 11/18/10 | $57.50 | $0.91 | $58.41 |
| 81047 | 10/28/10 | 10/28/10 | 11/18/10 | $69.00 | $1.09 | $70.09 |
| 81050 | 10/28/10 | 10/28/10 | 11/18/10 | $31.00 | $0.49 | $31.49 |
| 81141 | 10/30/10 | 10/30/10 | 11/20/10 | $86.25 | $1.32 | $87.57 |
| 81135 | 10/30/10 | 10/30/10 | 11/20/10 | $131.00 | $2.00 | $133.00 |
| 81142 | 10/30/10 | 10/30/10 | 11/20/10 | $82.75 | $1.27 | $84.02 |
| 81137 | 10/30/10 | 10/30/10 | 11/20/10 | $34.50 | $0.53 | $35.03 |
| 81136 | 10/30/10 | 10/30/10 | 11/20/10 | $82.75 | $1.27 | $84.02 |
| 81138 | 10/30/10 | 10/30/10 | 11/20/10 | $69.00 | $1.05 | $70.05 |
| 81140 | 10/30/10 | 10/30/10 | 11/20/10 | $117.75 | $1.80 | $119.55 |
| 81144 | 10/30/10 | 10/30/10 | 11/20/10 | $48.25 | $0.74 | $48.99 |
| 81148 | 10/30/10 | 10/30/10 | 11/20/10 | $96.50 | $1.48 | $97.98 |
| 81230 | 11/1/10 | 11/2/10 | 11/23/10 | $69.00 | $1.00 | $70.00 |
| 81200 | 11/1/10 | 11/2/10 | 11/23/10 | $121.25 | $1.76 | $123.01 |
| 81193 | 11/2/10 | 11/2/10 | 11/23/10 | $69.00 | $1.00 | $70.00 |
| 81192 | 11/2/10 | 11/2/10 | 11/23/10 | $246.00 | $3.58 | $249.58 |
| 81194 | 11/2/10 | 11/2/10 | 11/23/10 | $69.00 | $1.00 | $70.00 |
| 81206 | 11/2/10 | 11/2/10 | 11/23/10 | $142.50 | $2.07 | $144.57 |
| 81195 | 11/2/10 | 11/2/10 | 11/23/10 | $165.50 | $2.41 | $167.91 |
| 81196 | 11/2/10 | 11/2/10 | 11/23/10 | $138.00 | $2.01 | $140.01 |
| 81198 | 11/2/10 | 11/2/10 | 11/23/10 | $66.50 | $0.97 | $67.47 |
| 81197 | 11/2/10 | 11/2/10 | 11/23/10 | $51.75 | $0.75 | $52.50 |
| 81208 | 11/2/10 | 11/2/10 | 11/23/10 | $119.50 | $1.74 | $121.24 |
| 81199 | 11/2/10 | 11/2/10 | 11/23/10 | $146.50 | $2.13 | $148.63 |
| 81202 | 11/2/10 | 11/2/10 | 11/23/10 | $100.00 | $1.45 | $101.45 |
| 81201 | 11/2/10 | 11/2/10 | 11/23/10 | $105.50 | $1.53 | $107.03 |
| 81203 | 11/2/10 | 11/2/10 | 11/23/10 | $142.50 | $2.07 | $144.57 |
| 81205 | 11/2/10 | 11/2/10 | 11/23/10 | $113.75 | $1.65 | $115.40 |
| 81304 | 11/4/10 | 11/4/10 | 11/25/10 | $141.25 | $1.99 | $143.24 |
| 81315 | 11/4/10 | 11/4/10 | 11/25/10 | $72.75 | $1.02 | $73.77 |
| 81308 | 11/4/10 | 11/4/10 | 11/25/10 | $48.25 | $0.68 | $48.93 |
| 81305 | 11/4/10 | 11/4/10 | 11/25/10 | $176.90 | $2.49 | $179.39 |
| 81306 | 11/4/10 | 11/4/10 | 11/25/10 | $82.50 | $1.16 | $83.66 |
| 81334 | 11/4/10 | 11/4/10 | 11/25/10 | $75.75 | $1.06 | $76.81 |
| 81336 | 11/4/10 | 11/4/10 | 11/25/10 | $48.25 | $0.68 | $48.93 |
| 81432 | 11/5/10 | 11/6/10 | 11/27/10 | $117.25 | $1.59 | $118.84 |
| 81401 | 11/6/10 | 11/6/10 | 11/27/10 | $48.25 | $0.65 | $48.90 |
| 81402 | 11/6/10 | 11/6/10 | 11/27/10 | $17.25 | $0.23 | $17.48 |
| 81404 | 11/6/10 | 11/6/10 | 11/27/10 | $51.50 | $0.70 | $52.20 |
| 81403 | 11/6/10 | 11/6/10 | 11/27/10 | $74.75 | $1.01 | $75.76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 81406 | 11/6/10 | 11/6/10 | 11/27/10 | $69.00 | $0.94 | $69.94 |
| 81405 | 11/6/10 | 11/6/10 | 11/27/10 | $48.00 | $0.65 | $48.65 |
| 81407 | 11/6/10 | 11/6/10 | 11/27/10 | $34.50 | $0.47 | $34.97 |
| 81408 | 11/6/10 | 11/6/10 | 11/27/10 | $23.00 | $0.31 | $23.31 |
| 81409 | 11/6/10 | 11/6/10 | 11/27/10 | $69.00 | $0.94 | $69.94 |
| 81514 | 11/8/10 | 11/9/10 | 11/30/10 | $153.30 | $1.97 | $155.27 |
| 81480 | 11/9/10 | 11/9/10 | 11/30/10 | $124.00 | $1.59 | $125.59 |
| 81479 | 11/9/10 | 11/9/10 | 11/30/10 | $287.00 | $3.68 | $290.68 |
| 81482 | 11/9/10 | 11/9/10 | 11/30/10 | $100.00 | $1.28 | $101.28 |
| 81481 | 11/9/10 | 11/9/10 | 11/30/10 | $119.50 | $1.53 | $121.03 |
| 81484 | 11/9/10 | 11/9/10 | 11/30/10 | $197.25 | $2.53 | $199.78 |
| 81483 | 11/9/10 | 11/9/10 | 11/30/10 | $236.30 | $3.03 | $239.33 |
| 81486 | 11/9/10 | 11/9/10 | 11/30/10 | $34.50 | $0.44 | $34.94 |
| 81485 | 11/9/10 | 11/9/10 | 11/30/10 | $51.75 | $0.66 | $52.41 |
| 81490 | 11/9/10 | 11/9/10 | 11/30/10 | $140.95 | $1.81 | $142.76 |
| 81488 | 11/9/10 | 11/9/10 | 11/30/10 | $113.50 | $1.46 | $114.96 |
| 81487 | 11/9/10 | 11/9/10 | 11/30/10 | $235.00 | $3.01 | $238.01 |
| 81491 | 11/9/10 | 11/9/10 | 11/30/10 | $34.50 | $0.44 | $34.94 |
| 81492 | 11/9/10 | 11/9/10 | 11/30/10 | $13.75 | $0.18 | $13.93 |
| 81493 | 11/9/10 | 11/9/10 | 11/30/10 | $101.75 | $1.30 | $103.05 |
| 81494 | 11/9/10 | 11/9/10 | 11/30/10 | $92.00 | $1.18 | $93.18 |
| 81598 | 11/10/10 | 11/11/10 | 12/2/10 | $117.25 | $1.45 | $118.70 |
| 81613 | 11/10/10 | 11/11/10 | 12/2/10 | $52.10 | $0.64 | $52.74 |
| 81580 | 11/10/10 | 11/11/10 | 12/2/10 | $155.00 | $1.91 | $156.91 |
| 81583 | 11/11/10 | 11/11/10 | 12/2/10 | $82.75 | $1.02 | $83.77 |
| 81668 | 11/13/10 | 11/13/10 | 12/4/10 | $141.25 | $1.67 | $142.92 |
| 81667 | 11/13/10 | 11/13/10 | 12/4/10 | $34.50 | $0.41 | $34.91 |
| 81672 | 11/13/10 | 11/13/10 | 12/4/10 | $82.75 | $0.98 | $83.73 |
| 81657 | 11/13/10 | 11/13/10 | 12/4/10 | $151.00 | $1.79 | $152.79 |
| 81675 | 11/13/10 | 11/13/10 | 12/4/10 | $119.50 | $1.41 | $120.91 |
| 81659 | 11/13/10 | 11/13/10 | 12/4/10 | $85.00 | $1.01 | $86.01 |
| 81658 | 11/13/10 | 11/13/10 | 12/4/10 | $88.00 | $1.04 | $89.04 |
| 81660 | 11/13/10 | 11/13/10 | 12/4/10 | $88.00 | $1.04 | $89.04 |
| 81662 | 11/13/10 | 11/13/10 | 12/4/10 | $34.50 | $0.41 | $34.91 |
| 81669 | 11/13/10 | 11/13/10 | 12/4/10 | $122.40 | $1.45 | $123.85 |
| 81671 | 11/13/10 | 11/13/10 | 12/4/10 | $34.50 | $0.41 | $34.91 |
| 81663 | 11/13/10 | 11/13/10 | 12/4/10 | $17.25 | $0.20 | $17.45 |
| 81664 | 11/13/10 | 11/13/10 | 12/4/10 | $51.75 | $0.61 | $52.36 |
| 81665 | 11/13/10 | 11/13/10 | 12/4/10 | $120.75 | $1.43 | $122.18 |
| 81725 | 11/16/10 | 11/16/10 | 12/7/10 | $167.75 | $1.86 | $169.61 |
| 81717 | 11/16/10 | 11/16/10 | 12/7/10 | $67.50 | $0.75 | $68.25 |
| 81716 | 11/16/10 | 11/16/10 | 12/7/10 | $65.25 | $0.72 | $65.97 |
| 81720 | 11/16/10 | 11/16/10 | 12/7/10 | $262.40 | $2.91 | $265.31 |
| 81724 | 11/16/10 | 11/16/10 | 12/7/10 | $13.75 | $0.15 | $13.90 |
| 81718 | 11/16/10 | 11/16/10 | 12/7/10 | $85.75 | $0.95 | $86.70 |
| 81721 | 11/16/10 | 11/16/10 | 12/7/10 | $54.00 | $0.60 | $54.60 |
| 81722 | 11/16/10 | 11/16/10 | 12/7/10 | $137.50 | $1.53 | $139.03 |
| 81723 | 11/16/10 | 11/16/10 | 12/7/10 | $103.25 | $1.15 | $104.40 |
| 81812 | 11/18/10 | 11/18/10 | 12/9/10 | $112.45 | $1.19 | $113.64 |
| 81811 | 11/18/10 | 11/18/10 | 12/9/10 | $210.75 | $2.23 | $212.98 |
| 81814 | 11/18/10 | 11/18/10 | 12/9/10 | $98.45 | $1.04 | $99.49 |
| 81825 | 11/18/10 | 11/18/10 | 12/9/10 | $70.45 | $0.75 | $71.20 |
| 81825 | 11/18/10 | 11/18/10 | 12/9/10 | $217.90 | $2.31 | $220.21 |
| 81813 | 11/18/10 | 11/18/10 | 12/9/10 | $112.45 | $1.19 | $113.64 |
| 81818 | 11/18/10 | 11/18/10 | 12/9/10 | $345.75 | $3.67 | $349.42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 81817 | 11/18/10 | 11/18/10 | 12/9/10 | $307.95 | $3.27 | $311.22 |
| 81815 | 11/18/10 | 11/18/10 | 12/9/10 | $140.75 | $1.49 | $142.24 |
| 81819 | 11/18/10 | 11/18/10 | 12/9/10 | $163.75 | $1.74 | $165.49 |
| 81824 | 11/18/10 | 11/18/10 | 12/9/10 | $112.45 | $1.19 | $113.64 |
| 81823 | 11/18/10 | 11/18/10 | 12/9/10 | $210.75 | $2.23 | $212.98 |
| 81822 | 11/18/10 | 11/18/10 | 12/9/10 | $210.75 | $2.23 | $212.98 |
| 81821 | 11/18/10 | 11/18/10 | 12/9/10 | $98.45 | $1.04 | $99.49 |
| 81826 | 11/18/10 | 11/18/10 | 12/9/10 | $84.30 | $0.89 | $85.19 |
| 81828 | 11/18/10 | 11/18/10 | 12/9/10 | $140.75 | $1.49 | $142.24 |
| 81827 | 11/18/10 | 11/18/10 | 12/9/10 | $138.30 | $1.47 | $139.77 |
| 81954 | 11/19/10 | 11/20/10 | 12/11/10 | $140.75 | $1.42 | $142.17 |
| 81955 | 11/19/10 | 11/20/10 | 12/11/10 | $140.45 | $1.42 | $141.87 |
| 81958 | 11/19/10 | 11/20/10 | 12/11/10 | $28.00 | $0.28 | $28.28 |
| 81959 | 11/19/10 | 11/20/10 | 12/11/10 | $33.15 | $0.34 | $33.49 |
| 81980 | 11/19/10 | 11/20/10 | 12/11/10 | $217.00 | $2.19 | $219.19 |
| 81961 | 11/19/10 | 11/20/10 | 12/11/10 | $42.00 | $0.42 | $42.42 |
| 82061 | 11/22/10 | 11/23/10 | 12/14/10 | $191.30 | $1.79 | $193.09 |
| 82060 | 11/22/10 | 11/23/10 | 12/14/10 | $187.00 | $1.75 | $188.75 |
| 82030 | 11/22/10 | 11/23/10 | 12/14/10 | $51.15 | $0.48 | $51.63 |
| 82013 | 11/22/10 | 11/23/10 | 12/14/10 | $31.40 | $0.29 | $31.69 |
| 81990 | 11/22/10 | 11/22/10 | 12/22/10 | $449.15 | $3.32 | $452.47 |
| 82025 | 11/23/10 | 11/23/10 | 12/14/10 | $139.00 | $1.30 | $140.30 |
| 82026 | 11/23/10 | 11/23/10 | 12/14/10 | $140.00 | $1.31 | $141.31 |
| 82027 | 11/23/10 | 11/23/10 | 12/14/10 | $108.45 | $1.02 | $109.47 |
| 82028 | 11/23/10 | 11/23/10 | 12/14/10 | $56.00 | $0.52 | $56.52 |
| 82033 | 11/23/10 | 11/23/10 | 12/14/10 | $70.00 | $0.66 | $70.66 |
| 82032 | 11/23/10 | 11/23/10 | 12/14/10 | $169.00 | $1.58 | $170.58 |
| 82031 | 11/23/10 | 11/23/10 | 12/14/10 | $208.60 | $1.95 | $210.55 |
| 82036 | 11/23/10 | 11/23/10 | 12/14/10 | $28.00 | $0.26 | $28.26 |
| 82035 | 11/23/10 | 11/23/10 | 12/14/10 | $144.15 | $1.35 | $145.50 |
| 82149 | 11/24/10 | 11/24/10 | 12/15/10 | $28.00 | $0.26 | $28.26 |
| 82154 | 11/30/10 | 11/30/10 | 12/21/10 | $143.20 | $1.09 | $144.29 |
| 82155 | 11/30/10 | 11/30/10 | 12/21/10 | $63.90 | $0.49 | $64.39 |
| 82157 | 11/30/10 | 11/30/10 | 12/21/10 | $108.35 | $0.83 | $109.18 |
| 82156 | 11/30/10 | 11/30/10 | 12/21/10 | $153.80 | $1.18 | $154.98 |
| 82164 | 11/30/10 | 11/30/10 | 12/21/10 | $68.75 | $0.53 | $69.28 |
| 82174 | 11/30/10 | 11/30/10 | 12/21/10 | $104.70 | $0.80 | $105.50 |
| 82158 | 11/30/10 | 11/30/10 | 12/21/10 | $31.95 | $0.24 | $32.19 |
| 82162 | 11/30/10 | 11/30/10 | 12/21/10 | $35.60 | $0.27 | $35.87 |
| 82160 | 11/30/10 | 11/30/10 | 12/21/10 | $31.95 | $0.24 | $32.19 |
| 82246 | 12/2/10 | 12/2/10 | 12/23/10 | $48.95 | $0.35 | $49.30 |
| 82247 | 12/2/10 | 12/2/10 | 12/23/10 | $93.40 | $0.67 | $94.07 |
| 82346 | 12/4/10 | 12/4/10 | 12/25/10 | $53.40 | $0.36 | $53.76 |
| 82345 | 12/4/10 | 12/4/10 | 12/25/10 | $114.15 | $0.76 | $114.91 |
| 82347 | 12/4/10 | 12/4/10 | 12/25/10 | $89.00 | $0.59 | $89.59 |
| 82348 | 12/4/10 | 12/4/10 | 12/25/10 | $49.75 | $0.33 | $50.08 |
| 82351 | 12/4/10 | 12/4/10 | 12/25/10 | $70.15 | $0.47 | $70.62 |
| 82350 | 12/4/10 | 12/4/10 | 12/25/10 | $75.95 | $0.51 | $76.46 |
| 82358 | 12/4/10 | 12/4/10 | 12/25/10 | $49.75 | $0.33 | $50.08 |
| 82356 | 12/4/10 | 12/4/10 | 12/25/10 | $97.70 | $0.65 | $98.35 |
| 82353 | 12/4/10 | 12/4/10 | 12/25/10 | $118.85 | $0.79 | $119.64 |
| 82355 | 12/4/10 | 12/4/10 | 12/25/10 | $33.50 | $0.22 | $33.72 |
| 82352 | 12/4/10 | 12/4/10 | 12/25/10 | $121.50 | $0.81 | $122.31 |
| 82393 | 12/6/10 | 12/7/10 | 12/28/10 | $109.90 | $0.65 | $110.55 |
| 82413 | 12/6/10 | 12/7/10 | 12/28/10 | $85.35 | $0.51 | $85.86 |

| Invoice | Date | Date | Due Date | Amount | Service Charge | Total |
|---|---|---|---|---|---|---|
| 82398 | 12/7/10 | 12/7/10 | 12/28/10 | $71.20 | $0.42 | $71.62 |
| 82383 | 12/7/10 | 12/7/10 | 12/28/10 | $326.30 | $1.93 | $328.23 |
| 82384 | 12/7/10 | 12/7/10 | 12/28/10 | $138.00 | $0.82 | $138.82 |
| 82395 | 12/7/10 | 12/7/10 | 12/28/10 | $135.90 | $0.80 | $136.70 |
| 82385 | 12/7/10 | 12/7/10 | 12/28/10 | $125.10 | $0.74 | $125.84 |
| 82397 | 12/7/10 | 12/7/10 | 12/28/10 | $81.60 | $0.48 | $82.08 |
| 82388 | 12/7/10 | 12/7/10 | 12/28/10 | $210.15 | $1.24 | $211.39 |
| 82387 | 12/7/10 | 12/7/10 | 12/28/10 | $188.50 | $1.12 | $189.62 |
| 82386 | 12/7/10 | 12/7/10 | 12/28/10 | $112.60 | $0.67 | $113.27 |
| 82400 | 12/7/10 | 12/7/10 | 12/28/10 | $55.00 | $0.33 | $55.33 |
| 82389 | 12/7/10 | 12/7/10 | 12/28/10 | $49.75 | $0.29 | $50.04 |
| 82391 | 12/7/10 | 12/7/10 | 12/28/10 | $35.60 | $0.21 | $35.81 |
| 82390 | 12/7/10 | 12/7/10 | 12/28/10 | $14.15 | $0.08 | $14.23 |
| 82504 | 12/8/10 | 12/9/10 | 12/30/10 | $72.75 | $0.39 | $73.14 |
| 82485 | 12/9/10 | 12/9/10 | 12/30/10 | $223.05 | $1.21 | $224.26 |
| 82486 | 12/9/10 | 12/9/10 | 12/30/10 | $53.40 | $0.29 | $53.69 |
| 82565 | 12/11/10 | 12/11/10 | 1/1/11 | $108.35 | $0.53 | $108.88 |
| 82567 | 12/11/10 | 12/11/10 | 1/1/11 | $89.00 | $0.44 | $89.44 |
| 82577 | 12/11/10 | 12/11/10 | 1/1/11 | $98.45 | $0.49 | $98.94 |
| 82566 | 12/11/10 | 12/11/10 | 1/1/11 | $53.40 | $0.26 | $53.66 |
| 82568 | 12/11/10 | 12/11/10 | 1/11/11 | $90.55 | $0.22 | $90.77 |
| 82570 | 12/11/10 | 12/11/10 | 1/1/11 | $35.60 | $0.18 | $35.78 |
| 82569 | 12/11/10 | 12/11/10 | 1/1/11 | $80.65 | $0.40 | $81.05 |
| 82578 | 12/11/10 | 12/11/10 | 1/1/11 | $81.70 | $0.40 | $82.10 |
| 82571 | 12/11/10 | 12/11/10 | 1/1/11 | $67.55 | $0.33 | $67.88 |
| 82572 | 12/11/10 | 12/11/10 | 1/1/11 | $122.55 | $0.60 | $123.15 |
| 82573 | 12/11/10 | 12/11/10 | 1/1/11 | $98.70 | $0.49 | $99.19 |
| 82574 | 12/11/10 | 12/11/10 | 1/1/11 | $35.60 | $0.18 | $35.78 |
| | | | **TOTALS** | **$18,909.05** | **$198.68** | **$19,107.73** |

| | |
|---|---|
| PRINCIPAL AMOUNT DUE | $18,909.05 |
| SERVICE CHARGES ACCRUED THROUGH 1/21/2011* | $198.68 |
| TOTAL CHARGES | $19,107.73 |

\*    Calculated at the r    9.00%
Claimant reserves the right to supplement its claim with additional accrued service charges until payment is received in full.