

# INVOICE

| | |
|---|---|
| Invoice Number | PSI-174583 |
| Sales Order Number | SO-0147570 |
| Invoice Date | 12/07/10 |
| Customer PO# | 120810-510 |
| Your Reference | 120810-510 |
| Location Code | YORK |

**NISSIN FOODS (USA) CO.,INC**
FEIN 95-2655682
P.O. BOX 512877
LOS ANGELES , CA 90051-0877
Telephone: 323-321-6453
Customer #   247005    CG#  247005

ST#   247005

Bill To
   Food Basic Stores
   P.O. Box 4045
   Patterson, NJ  07509

Ship To
   Food Basic Stores #510
   8920 Frankford Ave
   Philadelphia, PA  19136

| Payment Term | Ship Via | Ship Date | Order Date |
|---|---|---|---|
| 1% 15 days, Net 30 | New England Motor Frei | 12/06/10 | 11/03/10 |

| Item No. | Item Description | UOM | QTY Ordered | QTY Shipped | Case Qty | Price | Promo | Total | Allow. | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03503RA | CN Chicken Family | PAL | 6 | 6 | 600 | 480.00 | * | 2,880.00 | | 2,880.00 |
| 03502RA | CN Shrimp Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | | 480.00 |
| 03501RA | CN Beef Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | | 480.00 |
| 01503 | TR Chicken Family | PAL | 1 | 1 | 110 | 554.40 | * | 554.40 | | 554.40 |
| PL-WHITE1 | White Grade 1 Pallet | PAL | | 9 | | | | | | |

| Invoice Totals: | | | 9 | 9 | 910 | | | $ 4,394.40 | | $ 4,394.40 |

***SALES ORDER***
****NAVISION***

| ENTERED | 11/3/2010 |
| ORDER# | SO-0147570 |
| WAREHOUSE | Food Basic Stores #510 |

custPriceGroup:  TL
custDiscGroup:  247005

**BROKER** 5

**FROM** 247005

247005-10

Food Basic Stores
P.O. Box 4045
Patterson    NJ    07509

**TO**
Food Basic Stores #510
8920 Frankford Ave
Philadelphia    PA    19136

SHIP DATE    12/6/2010

**CUST. ORDER#** 120810-510

**CARRIER**

| CASES | CODE | VAR | DESCRIPTION | GROSS | LIST | NET | A DEAL | OI DEAL | BB DEAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 01503 | | TR Chicken Family | 554.4 | 554.4 | 554.4 | 0 | 0 | 213.4 | 10392608 |
| 1 | 03501 | RA | CN Beef Family | 480 | 480 | 480 | 0 | 0 | 170 | 10392607 |
| 1 | 03502 | RA | CN Shrimp Family | 480 | 480 | 480 | 0 | 0 | 170 | 10392807 |
| 6 | 03503 | RA | CN Chicken Family | 480 | 480 | 480 | 0 | 0 | 170 | 10392607 |
| 9 | PL-WHI | | White Grade 1 Pallet | 0 | 0 | 0 | 0 | 0 | 0 | |

**ETA**   12/8/2010

\*\*TL BRACKET PRICING ON 48 PALLET DSD ORDERS\*\*CUST. #. 202916

9    TTL WEIGHT    372.232    LB    TTL PAL    9    TTL VALUE    4394.4

JOR

**EDI Receive Document**
Nissin Foods USA, Inc.

November 3, 2010   1:35 PM
Page   1
CIRodriguez

| Trade Partner No. | Navision Document | EDI Document No. | Internal Doc. No. | Customer No. | Customer Name | Date Received |
|---|---|---|---|---|---|---|
| 2015672820 | I_SLSORD | 875 | EDI0188606 | 247005 | Food Basic Stores | 11/03/10 |

**Document Date**
11/03/10

**External Document No.**
120810-510

**Requested Delivery Date**
12/08/10

**Comment**
CUST. #: 202916

| Shippment M | Transportatio | Routing | FOB Point | Entity Name | Entity Name | Salesperson | Entity Name | Sell-to Custo |
|---|---|---|---|---|---|---|---|---|
| PP | M | | | NISSIN FOOD | ESM METRO | 04019906414 | FOOD BASIC | 001367366051 |

| Address | Address 2 | City | State | Zip |
|---|---|---|---|---|
| 8920 FRANKFORD AVE | | PHILADELPHIA | PA | 19136 |

| Quantity | EDI Unit of Measure | EDI Unit Price | EDI Item Cross Ref. | Vendor Item | Cust Item |
|---|---|---|---|---|---|
| 6 | CA | 480 | 007066203503 | | |

**EDI Description**
CUP NOODLES FAM PK CHICKE 6/2.25 OZ.

| Quantity | EDI Unit of Measure | EDI Unit Price | EDI Item Cross Ref. | Vendor Item | Cust Item |
|---|---|---|---|---|---|
| 1 | CA | 480 | 007066203502 | | |

**EDI Description**
CUP NOODLES FAM PK SHRIMP 6/2.25 OZ.

| Quantity | EDI Unit of Measure | EDI Unit Price | EDI Item Cross Ref. | Vendor Item | Cust Item |
|---|---|---|---|---|---|
| 1 | CA | 480 | 007066203501 | | |

**EDI Description**
CUP NOODLES FAM PK BEEF  6/2.25 OZ.

| Quantity | EDI Unit of Measure | EDI Unit Price | EDI Item Cross Ref. | Vendor Item | Cust Item |
|---|---|---|---|---|---|
| 1 | CA | 554.4 | 007066201503 | | |

| **EDI Description** | Quantity Orderd | Weight | Amt |
|---|---|---|---|
| TOP RAMEN FAM PK CHICKEN  12/3 | 9 | 12 | |

SCANNED

December 6, 2010 | **BILL OF LADING** | Page | 1

### SHIP FROM

Nissin Foods-York
601 Memory Lane
York, PA 17402
USA

**Bill of Lading No.:** SO-0147570

### SHIP TO

Food Basic Stores #510
8920 Frankford Ave
Philadelphia, PA 19136
215-305-0005

| | |
|---|---|
| Carrier Name/SCAC | New England Motor Freight/NE |
| Shipment ID | SID00008734 |
| Trailer No. | 90003 |
| Seal No. | 1493879 |
| Delivery Date | 12/08/10 |

### THIRD PARTY FREIGHT CHARGES BILL TO

**Freight Charge Terms:**

Prepaid __X__    Collect _____    3rd Party _____

### ORDER SUMMARY

| Customer PO No. | # Plts | # Units | Weight | Pallet/SLP | | Additional Shipper Info |
|---|---|---|---|---|---|---|
| 120810-510 | 9 | 9 | 2,854 | Y | N | Pallet Type: PL-WHITE1, White Grade 1 Pallet, 360 lb |

### ORDER DETAILS

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360

| ORDERED | | SHIPPED | | H.M. | WEIGHT | SKU | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | (X) | | | | NMFC # | CLASS |
| 1 | Pallets | 1 | Pallets | | 540 | 01503 | TR Chicken Family | 74820 | 60 |
| 1 | Pallets | 1 | Pallets | | 244 | 03501 | CN Beef Family | 72780 | 150 |
| 1 | Pallets | 1 | Pallets | | 244 | 03502 | CN Shrimp Family | 72780 | 150 |
| 6 | Pallets | 6 | Pallets | | 1,466 | 03503 | CN Chicken Family | 72780 | 150 |

SHIPMENT STATUS AT WWW.NEMF.COM
NEMF
**PRO# 69420255**
PIECES
Driver signature acknowledges receipt of freight only. Shipment subject to the provisions of the UBOL, NEMF cht series and NMF100 series tariffs.
PALLETS 9

| 9 | | 9 | | | 2,494 | | **GRAND TOTAL** | | |

| | | |
|---|---|---|
| | COD Amount : | |
| | Customer check acceptable: | |

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.  14706(c)(1)(A) and (B).

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

### SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*SL* 12-6-10

### CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

*Tom K* su NEMF 12/6



# INVOICE

| | |
|---|---|
| Invoice Number | PSI-174657 |
| Sales Order Number | SO-0147565 |
| Invoice Date | 12/08/10 |
| Customer PO# | 120810-036 |
| Your Reference | 120810-036 |
| Location Code | YORK |

**NISSIN FOODS (USA) CO.,INC**
FEIN 95-2655682
P.O. BOX 512877
LOS ANGELES , CA 90051-0877
Telephone: 323-321-6453
Customer #   247005      CG#   247005

ST#   247005

**Bill To**
Food Basic Stores
P.O. Box 4045
Patterson, NJ  07509

**Ship To**
Food Basic Stores #036
498 East 30th St
Patterson, NJ  07504

| Payment Term | Ship Via | Ship Date | Order Date |
|---|---|---|---|
| 1% 15 days, Net 30 | LIBERTY LOGISTICS | 12/07/10 | 11/03/10 |

| Item No. | Item Description | UOM | QTY Ordered | QTY Shipped | Case Qty | Price | Promo | Total | Allow. | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03503RA | CN Chicken Family | PAL | 10 | 10 | 1,000 | 480.00 | * | 4,800.00 | | 4,800.00 |
| 03502RA | CN Shrimp Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | | 480.00 |
| 03501RA | CN Beef Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | | 480.00 |
| 01503 | TR Chicken Family | PAL | 2 | 2 | 220 | 554.40 | * | 1,108.80 | | 1,108.80 |
| PL-WHITE1 | White Grade 1 Pallet | PAL | 14 | 14 | | | | | | |

| Invoice Totals: | | | 28 | 14 | 1,420 | | $ | 6,868.80 | $ | 6,868.80 |

***SALES ORDER***
***NAVISION***

| ENTERED | 11/3/2010 |
| ORDER# | SO-01-147566 |

**BROKER** 5

**FROM**
Food Basic Stores
P.O. Box 4045
Patterson          NJ          07509

**WAREHOUSE** YO **SCANNED**
**TO**
Food Basic Stores #036
498 East 30th St
Patterson          NJ          07504

E.H.

custPriceGroup: TL
custDiscGroup: 247005

**CUST. ORDER#** 126610-036

| CASES | CODE | VAR | DESCRIPTION | GROSS | LIST | NET | A DEAL | OI DEAL | BB DEAL |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 01503 | | TR Chicken Family | 554.4 | 554.4 | 554.4 | 0 | 0 | 213.4  10392608 |
| 1 | 03501 | RA | CN Beef Family | 480 | 480 | 480 | 0 | 0 | 170  10392607 |
| 1 | 03502 | RA | CN Shrimp Family | 480 | 480 | 480 | 0 | 0 | 170  10392607 |
| 10 | 03503 | RA | CN Chicken Family | 480 | 480 | 480 | 0 | 0 | 170  10392607 |
| 14 | PL-WHI | | White Grade 1 Pallet | 0 | 0 | 0 | 0 | 0 | 0 |

**ETA**   12/8/2010   **SHIP DATE** 12/6/2010

**CARRIER** Liberty

**CASES** 14   **TTL WEIGHT** 579.576   LB   TTL PAL   14   TTL VALUE   6868.8

**\*\*TL BRACKET PRICING ON 48 PALLET DSD ORDERS\*\*CUST. #: 202916**

**EDI Receive Document**
Nissin Foods USA, Inc.

November 3, 2010   1:35 PM
Page   1
CRodriguez

| Trade Partner No. | Navision Document | EDI Document No. | Internal Doc. No. | Customer No. | Customer Name | Date Received |
|---|---|---|---|---|---|---|
| 2015672820 | I_SLSORD | 875 | EDI0188601 | 247005 | Food Basic Stores | 11/03/10 |

**Document Date**
11/03/10

**External Document No.**
420810-036

**Requested Delivery Date**
12/08/10

**Comment**
CUST. #: 202916

| Shippment M | Transportatio | Routing | FOB Point | Entity Name | Entity Name | Salesperson | Entity Name | Sell-to Custo |
|---|---|---|---|---|---|---|---|---|
| PP | M | | | NISSIN FOOD | ESM METRO | 04019906414 | FOOD-BASIC | 001367366003 |

| Address | Address 2 | City | State | Zip |
|---|---|---|---|---|
| 498 EAST 30TH ST | | EAST PATERSON | NJ | 07504 |

| Quantity | EDI Unit of Measure | EDI Unit Price | EDI Item Cross Ref. | Vendor Item | Cust Item |
|---|---|---|---|---|---|
| 10 | CA | 480 | 007066203503 | | |

**EDI Description**
CUP NOODLES FAM PK CHICKE 6/2.25 OZ.

| Quantity | EDI Unit of Measure | EDI Unit Price | EDI Item Cross Ref. | Vendor Item | Cust Item |
|---|---|---|---|---|---|
| 1 | CA | 480 | 007066203502 | | |

**EDI Description**
CUP NOODLES FAM PK SHRIMP 6/2.25 OZ.

| Quantity | EDI Unit of Measure | EDI Unit Price | EDI Item Cross Ref. | Vendor Item | Cust Item |
|---|---|---|---|---|---|
| 1 | CA | 480 | 007066203501 | | |

**EDI Description**
CUP NOODLES FAM PK BEEF  6/2.25 OZ.

| Quantity | EDI Unit of Measure | EDI Unit Price | EDI Item Cross Ref. | Vendor Item | Cust Item |
|---|---|---|---|---|---|
| 2 | CA | 554.4 | 007066201503 | | |

| EDI Description | Quantity Orderd | | Weight | Amt |
|---|---|---|---|---|
| TOP RAMEN FAM PK CHICKEN 12/3 | 14 | | 19 | |

SCANNED

| December 7, 2010 | **BILL OF LADING** ✓ | **Page** 1 |
|---|---|---|

| SHIP FROM |
|---|
| Nissin Foods-York |
| 601 Memory Lane |
| York, PA  17402 |
| USA |

**Bill of Lading No.:**   SO-0147565

|||||||||| BARCODE ||||||||||

| SHIP TO |
|---|
| Food Basic Stores #036 |
| 498 East 30th St |
| Patterson, NJ  07504 |
| 973-278-4018 |

| Carrier Name/SCAC | LIBERTY LOGISTICS/LIBL |
|---|---|
| Shipment ID | SID(147565/147567/147569) |
| Trailer No. | 17845 |
| Seal No. | 1493851 |
| Delivery Date | 12/08/10 |

**THIRD PARTY FREIGHT CHARGES BILL TO**

Freight Charge Terms:

Prepaid ___X___    Collect _____    3rd Party _____

### ORDER SUMMARY

| Customer PO No. | # Plts | # Units | Weight | Pallet/SLP | Additional Shipper Info |
|---|---|---|---|---|---|
| ✓ 120810-036 | 14 | 14 | 4,573 | Y      N | Pallet Type: PL-WHITE1, White Grade 1 Pallet, 560 lb |

### ORDER DETAILS

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360

| ORDERED | | SHIPPED | | H.M. | WEIGHT | SKU | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | (X) | | | | NMFC # | CLASS |
| 2 | Pallets | 2 | Pallets | | 1,081 | 01503 | TR Chicken Family | 74820 | 60 |
| 1 | Pallets | 1 | Pallets | | 244 | 03501 | CN Beef Family | 72780 | 150 |
| 1 | Pallets | 1 | Pallets | | 244 | 03502 | CN Shrimp Family | 72780 | 150 |
| 10 | Pallets | 10 | Pallets | | 2,444 | 03503 | CN Chicken Family | 72780 | 150 |

| 14 | | 14 | | | 4,013 | | GRAND TOTAL | | |

**COD Amount :**

**Customer check acceptable:**

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.   14706(c)(1)(A) and (B).

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____Shipper

Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Dec 7

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

X



# INVOICE

| | |
|---|---|
| Invoice Number | PSI-174658 |
| Sales Order Number | SO-0147568 |
| Invoice Date | 12/08/10 |
| Customer PO# | 120810-503 |
| Your Reference | 120810-503 |
| Location Code | YORK |

**NISSIN FOODS (USA) CO.,INC**
FEIN 95-2655682
P.O. BOX 512877
LOS ANGELES , CA 90051-0877
Telephone: 323-321-6453
Customer #   247005        CG#  247005

ST#   247005

**Bill To**
Food Basic Stores
P.O. Box 4045
Patterson, NJ 07509

**Ship To**
Food Basic Store#503
2185 Coyle Street
Brooklyn, NY 11229

| Payment Term | Ship Via | Ship Date | Order Date |
|---|---|---|---|
| 1% 15 days, Net 30 | LIBERTY LOGISTICS | 12/07/10 | 11/03/10 |

| Item No. | Item Description | UOM | QTY Ordered | QTY Shipped | Case Qty | Price | Promo | Total Allow. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03503RA | CN Chicken Family | PAL | 7 | 7 | 700 | 480.00 | * | 3,360.00 | 3,360.00 |
| 03502RA | CN Shrimp Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | 480.00 |
| 03501RA | CN Beef Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | 480.00 |
| 01503 | TR Chicken Family | PAL | 2 | 2 | 220 | 554.40 | * | 1,108.80 | 1,108.80 |
| PL-CHEP | Blue CHEP Pallet | PAL | 11 | 11 | | | | | |

| Invoice Totals: | | | 22 | 11 | 1,120 | | $ | 5,428.80 | $ | 5,428.80 |
|---|---|---|---|---|---|---|---|---|---|---|

***SALES ORDER***
***NAVISION***

**BROKER** 5

**FROM**
247005   247005-03
F-ood Basic Stores
P.O. Box 4045
Patterson   NJ   07509

custPriceGroup:   TL
custDiscGroup:   247005

**TO**
Food Basic Stores#503
2185 Coyle Street
Brooklyn   NY   11229

**ENTERED** 11/3/2010
**ORDER#** SO-0147568
**WAREHOUSE** YO
**SHIP DATE**

**CUST. ORDER#** 120810-503     **CARRIER**

| CASES | CODE | VAR | DESCRIPTION | GROSS | LIST | NET | A DEAL | QI DEAL | BB DEAL |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 41503 | | TR Chicken Family | 554.4 | 554.4 | 554.4 | 0 | 0 | 213.4 | 10392608 |
| 1 | 03501 | RA | CN Beef Family | 480 | 480 | 480 | 0 | 0 | 170 | 10392607 |
| 1 | 03502 | RA | CN Shrimp Family | 480 | 480 | 480 | 0 | 0 | 170 | 10392607 |
| 7 | 03503 | RA | CN Chicken Family | 480 | 480 | 480 | 0 | 0 | 170 | 10392607 |
| 11 | PL-CHE | | Blue CHEP Pallet | 0 | 0 | 0 | 0 | 0 | 0 | |

**ETA** 12/8/2010

**TL BRACKET PRICING ON 48 PALLET DSD ORDERS**CUST. #: 202916

**TTL WEIGHT** 774.91 LB   **TTL PAL** 11   **TTL VALUE** 5428.8

JOR

**EDI Receive Document**
Nissin Foods USA, Inc.

November 3, 2010   1:35 PM
Page   1
CRodriguez

| Trade Partner No.<br>2015672820 | Navision<br>Document<br>I_SLSORD | EDI Document<br>No.<br>875 | Internal Doc. No.<br>EDI0188604 | Customer No.<br>247005 | Customer Name<br>Food Basic Stores | | Date<br>Received<br>11/03/10 |
|---|---|---|---|---|---|---|---|

**Document Data**
11/03/10

**External Document No.**
120810-503

**Requested Delivery Date**
12/08/10

**Comment**
CUST. #: 202916

| Shippment M<br>PP | Transportatio<br>M | Routing | FOB Point | Entity Name<br>NISSIN FOOD | Entity Name<br>ESM METRO | Salesperson<br>04019906414 | Entity Name<br>FOOD BASIC | Sell-to Custo<br>001367366050 |
|---|---|---|---|---|---|---|---|---|

| Address<br>2185 COYLE ST | Address 2 | City<br>BROOKLYN | State<br>NY | Zip<br>11229 |
|---|---|---|---|---|

| Quantity<br>7 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203503 | Vendor Item | Cust Item |
|---|---|---|---|---|---|

**EDI Description**
CUP NOODLES FAM PK CHICKE 6/2.25 OZ.

| Quantity<br>1 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203502 | Vendor Item | Cust Item |
|---|---|---|---|---|---|

**EDI Description**
CUP NOODLES FAM PK SHRIMP 6/2.25 OZ.

| Quantity<br>1 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203501 | Vendor Item | Cust Item |
|---|---|---|---|---|---|

**EDI Description**
CUP NOODLES FAM PK BEEF  6/2.25 OZ.

| Quantity<br>2 | EDI Unit of Measure<br>CA | EDI Unit Price<br>554.4 | EDI Item Cross Ref.<br>007066201503 | Vendor Item | Cust Item |
|---|---|---|---|---|---|

| EDI Description<br>TOP RAMEN FAM PK CHICKEN 12/3 | Quantity Orderd<br>11 | Weight<br>15 | | Amt |
|---|---|---|---|---|

SCANNED

| December 7, 2010 | **BILL OF LADING** | Page | 1 |

| SHIP FROM | Bill of Lading No.: | SO-0147568 |
| --- | --- | --- |

Nissin Foods-York
601 Memory Lane
York, PA 17402
USA

**SHIP TO**

Food Basic Store#503
2185 Coyle Street
Brooklyn, NY 11229
718-891-0152

**THIRD PARTY FREIGHT CHARGES BILL TO**

| Carrier Name/SCAC | LIBERTY LOGISTICS/LIBL |
| --- | --- |
| Shipment ID | SID(147571,572,568) |
| Trailer No. | 3302 |
| Seal No. | 1498000 |
| Delivery Date | 12/08/10 |

Freight Charge Terms:

Prepaid ___X___    Collect _____    3rd Party _____

**ORDER SUMMARY**

| Customer PO No. | # Plts | # Units | Weight | Pallet/SLP | Additional Shipper Info |
| --- | --- | --- | --- | --- | --- |
| 120810-503 | 11 | 11 | 4,039 | Y | N | Pallet Type: PL-CHEP, Blue CHEP Pallet, 759 lbs. |

**ORDER DETAILS**

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360

| ORDERED | | SHIPPED | | H.M. (X) | WEIGHT | SKU | COMMODITY DESCRIPTION | LTL ONLY | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| QTY | TYPE | QTY | TYPE | | | | | NMFC # | CLASS |
| 2 | Pallets | 2 | Pallets | | 1,081 | 01503 | TR Chicken Family | 74820 | 60 |
| 1 | Pallets | 1 | Pallets | | 244 | 03501 | CN Beef Family | 72780 | 150 |
| 1 | Pallets | 1 | Pallets | | 244 | 03502 | CN Shrimp Family | 72780 | 150 |
| 7 | Pallets | 7 | Pallets | | 1,711 | 03503 | CN Chicken Family | 72780 | 150 |
| 11 | | 11 | | | 3,280 | | GRAND TOTAL | | |

| Comments: Dels 12/08 @ 0700 | COD Amount : |
| --- | --- |
| | Customer check acceptable: |

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Sf* 12-7-10

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

X *Tgxd Sh* 12-7-10



# INVOICE

| | |
|---|---|
| Invoice Number | PSI-174659 |
| Sales Order Number | SO-0147569 |
| Invoice Date | 12/08/10 |
| Customer PO# | 120810-506 |
| Your Reference | 120810-506 |
| Location Code | YORK |

**NISSIN FOODS (USA) CO.,INC**
FEIN 95-2655682
P.O. BOX 512877
LOS ANGELES , CA 90051-0877
Telephone: 323-321-6453
Customer #   247005     CG#   247005

ST#   247005

**Bill To**
Food Basic Stores
P.O. Box 4045
Patterson, NJ  07509

**Ship To**
Food Basic Stores# 506
414 Main Street
Belleville, NJ  07109

| Payment Term | Ship Via | Ship Date | Order Date |
|---|---|---|---|
| 1% 15 days, Net 30 | LIBERTY LOGISTICS | 12/07/10 | 11/03/10 |

| Item No. | Item Description | UOM | QTY Ordered | QTY Shipped | Case Qty | Price | Promo | Total | Allow. | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03503RA | CN Chicken Family | PAL | 10 | 10 | 1,000 | 480.00 | * | 4,800.00 | | 4,800.00 |
| 03502RA | CN Shrimp Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | | 480.00 |
| 03501RA | CN Beef Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | | 480.00 |
| 01503 | TR Chicken Family | PAL | 1 | 1 | 110 | 554.40 | * | 554.40 | | 554.40 |
| PL-CHEP | Blue CHEP Pallet | PAL | 13 | 13 | | | | | | |

| Invoice Totals: | | | 26 | 13 | 1,310 | | | $ 6,314.40 | | $ 6,314.40 |

***SALES ORDER***
***NAVISION***

**BROKER** 5

**FROM** 247005    247005-06
Food Basic Stores
P.O. Box 4045
Patterson    NJ    07509

custPriceGroup: TL
custDiscGroup:    247005

**ENTERED** 11/3/2010
**ORDER#**    SO-0147569
**WAREHOUSE** YO

TO    Food Basic Stores# 506
414 Ma...
Belleville    07109

**CUST. ORDER#** 120810-506                    **SHIP DATE**

| CASES | CODE | VAR | DESCRIPTION | CARRIER | GROSS | LIST | NET | A DEAL | OI DEAL | BB DEAL | |
|-------|------|-----|-------------|---------|-------|------|-----|--------|---------|---------|---|
| 1 | 01503 | | TR Chicken Family | | 554.4 | 554.4 | 554.4 | 0 | 0 | 213.4 | 10392608 |
| 1 | 03501 | RA | CN Beef Family | | 480 | 480 | 480 | 0 | 0 | 170 | 10392607 |
| 1 | 03502 | RA | CN Shrimp Family | | 480 | 480 | 480 | 0 | 0 | 170 | 10392607 |
| 10 | 03503 | RA | CN Chicken Family | | 480 | 480 | 480 | 0 | 0 | 170 | 10392607 |
| 13 | PL-CHE | | Blue CHEP Pallet | | 0 | 0 | 0 | 0 | 0 | 0 | |

**ETA** 12/8/2010

**TL BRACKET PRICING ON 48 PALLET DSD ORDERS**CUST. #: 202916

| CASES | | TTL WEIGHT | 914.12 | LB | TTL PAL | 13 | TTL VALUE | 6314.4 |
|-------|---|------------|--------|----|---------|-----|-----------|--------|
| 13 | | | | | | | | |



JOR

**EDI Receive Document**
Nissin Foods USA, Inc.

| Trade Partner No.<br>2015672820 | Navision<br>Document<br>I_SLSORD | EDI Document<br>No.<br>875 | Internal Doc. No.<br>EDI0188605 | Customer No.<br>247005 | Customer Name<br>Food Basic Stores | | | Date<br>Received<br>11/03/10 |
|---|---|---|---|---|---|---|---|---|

Document Date
11/03/10

External Document No.
120810-506

Requested Delivery Date
12/08/10

Comment
CUST. #: 202916

| Shippment M<br>PP | Transportatio<br>M | Routing | FOB Point | Entity Name<br>NISSIN FOOD | Entity Name<br>ESM METRO | Salesperson<br>04019906414 | Entity Name<br>FOOD BASIC | Sell-to Custo<br>001367366050 |
|---|---|---|---|---|---|---|---|---|

| Address<br>414 MAIN STREET | Address 2 | City<br>BELLEVILLE | State<br>NJ | Zip<br>07109 |
|---|---|---|---|---|

| Quantity<br>10 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203503 | Vendor Item | Cust Item |
|---|---|---|---|---|---|

EDI Description
CUP NOODLES FAM PK CHICKE 6/2.25 OZ.

| Quantity<br>1 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203502 | Vendor Item | Cust Item |
|---|---|---|---|---|---|

EDI Description
CUP NOODLES FAM PK SHRIMP 6/2.25 OZ.

| Quantity<br>1 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203501 | Vendor Item | Cust Item |
|---|---|---|---|---|---|

EDI Description
CUP NOODLES FAM PK BEEF  6/2.25 OZ.

| Quantity<br>1 | EDI Unit of Measure<br>CA | EDI Unit Price<br>554.4 | EDI Item Cross Ref.<br>007066201503 | Vendor Item | Cust Item |
|---|---|---|---|---|---|

| EDI Description<br>TOP RAMEN FAM PK CHICKEN  12/3 | Quantity Orderd<br>13 | Weight<br>17 | Amt |
|---|---|---|---|

SCANNED

| December 7, 2010 | BILL OF LADING ✓ | Page | 1 |
|---|---|---|---|

**SHIP FROM**

Nissin Foods-York
601 Memory Lane
York, PA 17402
USA

Bill of Lading No.:    SO-0147569

**SHIP TO**

Food Basic Stores# 506
414 Main Street
Belleville, NJ 07109
973-450-4990

Carrier Name/SCAC    LIBERTY LOGISTICS/LIBL
Shipment ID    SID(147565/147567/147569)
Trailer No.    17865
Seal No.    14793851
Delivery Date    12/08/10

**THIRD PARTY FREIGHT CHARGES BILL TO**

Freight Charge Terms:

Prepaid __X__    Collect _____    3rd Party _____

## ORDER SUMMARY

| Customer PO No. | # Plts | # Units | Weight | Pallet/SLP | Additional Shipper Info |
|---|---|---|---|---|---|
| 120810-506 | 13 | 13 | 4,369 | Y      N | Pallet Type: PL-CHEP, Blue CHEP Pallet, 897 lbs. |

## ORDER DETAILS

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360

| ORDERED | | SHIPPED | | H.M. | WEIGHT | SKU | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | (X) | | | | NMFC # | CLASS |
| 1 | Pallets | 1 | Pallets | | 540 | 01503 | TR Chicken Family | 74820 | 60 |
| 1 | Pallets | 1 | Pallets | | 244 | 03501 | CN Beef Family | 72780 | 150 |
| 1 | Pallets | 1 | Pallets | | 244 | 03502 | CN Shrimp Family | 72780 | 150 |
| 10 | Pallets | 10 | Pallets | | 2,444 | 03503 | CN Chicken Family | 72780 | 150 |
| 13 | | 13 | | | 3,472 | | GRAND TOTAL | | |

| | COD Amount : |
|---|---|
| | Customer check acceptable: |

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Dec 7

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

X



# INVOICE

| | |
|---|---|
| Invoice Number | PSI-174660 |
| Sales Order Number | SO-0147571 |
| Invoice Date | 12/08/10 |
| Customer PO# | 120810-512 |
| Your Reference | 120810-512 |
| Location Code | YORK |

**NISSIN FOODS (USA) CO.,INC**
FEIN 95-2655682
P.O. BOX 512877
LOS ANGELES , CA 90051-0877
Telephone: 323-321-6453
Customer #   247005      CG#   247005

ST#   247005

**Bill To**
Food Basic Stores
P.O. Box 4045
Patterson, NJ  07509

**Ship To**
Food Basic Stores #512
1425 Kennedy Blvd
North Bergen, NJ  07047

| Payment Term | Ship Via | Ship Date | Order Date |
|---|---|---|---|
| 1% 15 days, Net 30 | LIBERTY LOGISTICS | 12/07/10 | 11/03/10 |

| Item No. | Item Description | UOM | QTY Ordered | QTY Shipped | Case Qty | Price | Promo | Total | Allow. | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03503RA | CN Chicken Family | PAL | 10 | 10 | 1,000 | 480.00 | * | 4,800.00 | | 4,800.00 |
| 03502RA | CN Shrimp Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | | 480.00 |
| 03501RA | CN Beef Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | | 480.00 |
| 01503 | TR Chicken Family | PAL | 2 | 2 | 220 | 554.40 | * | 1,108.80 | | 1,108.80 |
| PL-CHEP | Blue CHEP Pallet | PAL | 14 | 14 | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice Totals:** | | | 28 | 14 | 1,420 | | $ | 6,868.80 | $ | 6,868.80 |



**\*\*\*SALES ORDER\*\*\***

**\*\*\*NAVISION\*\*\***

BROKER   5

FROM   24, J05   247005-12

Food Basic Stores
P.O. Box 4045
Patterson      NJ      07509

custPriceGroup:   TL
custDiscGroup:   247005

| ENTERED | 1/3/2010 |
| ORDER# | SO-0147571 |
| WAREHOUSE | YO |

TO   Food Basic Stores #512
1425 Kennedy Blvd
North Bergen NJ   07047

CUST. ORDER# 120810-512

| CASES | CODE | VAR | DESCRIPTION | CARRIER | GROSS | LIST | NET | A DEAL | OI DEAL | SHIP DATE | BB DEAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 01503 | | TR Chicken Family | | 554.4 | 554.4 | 554.4 | 0 | 0 | | 213.4 | 10392608 |
| 1 | 03501 | RA | CN Beef Family | | 480 | 480 | 480 | 0 | 0 | | 170 | 10392607 |
| 1 | 03502 | RA | CN Shrimp Family | | 480 | 480 | 480 | 0 | 0 | | 170 | 10392607 |
| 10 | 03503 | RA | CN Chicken Family | | 480 | 480 | 480 | 0 | 0 | | 170 | 10392607 |
| 14 | PL-CHE | | Blue CHEP Pallet | | 0 | 0 | 0 | 0 | 0 | | 0 | |

ETA   12/8/2010

\*\*TL BRACKET PRICING ON 48 PALLET DSD ORDERS\*\*CUST. #: 202916

| CASES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | TTL WEIGHT | 985.576 | LB | TTL PAL | 14 | TTL VALUE | 6868.8 |

JOR

**EDI Receive Document**
Nissin Foods USA, Inc.

November 3, 2010   1:35 PM
Page   1
CRodriguez

| Trade Partner No.<br>2015672820 | Navision<br>Document<br>L_SLSORD | EDI Document<br>No.<br>875 | Internal Doc. No.<br>EDI0188607 | Customer No.<br>247005 | Customer Name<br>Food Basic Stores | | Date<br>Received<br>11/03/10 |

**Document Date**
11/03/10

**External Document No.**
120810-512

**Requested Delivery Date**
12/08/10

**Comment**
CUST. #: 202916

| Shippment M<br>PP | Transportatio<br>M | Routing | FOB Point | Entity Name<br>NISSIN FOOD | Entity Name<br>ESM METRO | Salesperson<br>04019906414 | Entity Name<br>FOOD BASIC | Sell-to Custo<br>001367366051 |

| Address<br>1425 KENNEDY BLVD | Address 2 | City<br>NORTH BERGEN | State<br>NJ | Zip<br>07047 | |

| Quantity<br>10 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203503 | Vendor Item | Cust Item |

**EDI Description**
CUP NOODLES FAM PK CHICKE 6/2.25 OZ.

| Quantity<br>1 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203502 | Vendor Item | Cust Item |

**EDI Description**
CUP NOODLES FAM PK SHRIMP 6/2.25 OZ.

| Quantity<br>1 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203501 | Vendor Item | Cust Item |

**EDI Description**
CUP NOODLES FAM PK BEEF  6/2.25 OZ.

| Quantity<br>2 | EDI Unit of Measure<br>CA | EDI Unit Price<br>554.4 | EDI Item Cross Ref.<br>007066201603 | Vendor Item | Cust Item |

| EDI Description | Quantity Orderd | Weight<br>19 | Amt |

**EDI Description**
TOP RAMEN FAM PK CHICKEN 12/3

SCANNED

| December 7, 2010 | **BILL OF LADING** | Page | 1 |
|---|---|---|---|

| **SHIP FROM** | |
|---|---|
| Nissin Foods-York | **Bill of Lading No.:**   SO-0147571 |
| 601 Memory Lane | |
| York, PA  17402 | |
| USA | |

| **SHIP TO** | |
|---|---|
| Food Basic Stores #512 | **Carrier Name/SCAC**    LIBERTY LOGISTICS/LIBL |
| 1425 Kennedy Blvd | **Shipment ID**    SID(147571,572,568) |
| North Bergen, NJ  07047 | **Trailer No.**    3302 |
| 201-864-9300 | **Seal No.**    1498000 |
| | **Delivery Date**    12/08/10 |

| **THIRD PARTY FREIGHT CHARGES BILL TO** |
|---|

**Freight Charge Terms:**

Prepaid ___X___    Collect _____    3rd Party _____

**ORDER SUMMARY**

| Customer PO No. | # Plts | # Units | Weight | Pallet/SLP | Additional Shipper Info |
|---|---|---|---|---|---|
| 120810-512 | 14 | 14 | 4,979 | Y    N | Pallet Type: PL-CHEP, Blue CHEP Pallet, 966 lbs. |

**ORDER DETAILS**

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360

| ORDERED | | SHIPPED | | H.M. | WEIGHT | SKU | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | (X) | | | | NMFC # | CLASS |
| 2 | Pallets | 2 | Pallets | | 1,081 | 01503 | TR Chicken Family | 74820 | 60 |
| 1 | Pallets | 1 | Pallets | | 244 | 03501 | CN Beef Family | 72780 | 150 |
| 1 | Pallets | 1 | Pallets | | 244 | 03502 | CN Shrimp Family | 72780 | 150 |
| 10 | Pallets | 10 | Pallets | | 2,444 | 03503 | CN Chicken Family | 72780 | 150 |
| 14 | | 14 | | | 4,013 | | GRAND TOTAL | | |

Comments: Dels 12/08 @ 0700

COD Amount :

Customer check acceptable:

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.   14706(c)(1)(A) and (B).

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_Sd_  12-7-10

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

X _Tejmh Sd_  12-7-10



# INVOICE

| | |
|---|---|
| Invoice Number | PSI-174661 |
| Sales Order Number | SO-0147572 |
| Invoice Date | 12/08/10 |
| Customer PO# | 120810-524 |
| Your Reference | 120810-524 |
| Location Code | YORK |

**NISSIN FOODS (USA) CO.,INC**
FEIN 95-2655682
P.O. BOX 512877
LOS ANGELES , CA 90051-0877
Telephone: 323-321-6453
Customer #    247005        CG#   247005

ST#    247005

**Bill To**
Food Basic Stores
P.O. Box 4045
Patterson, NJ  07509

**Ship To**
Food Basic Stores # 524
274 Bergen Blvd
Fairview, NJ  07022

| Payment Term | Ship Via | Ship Date | Order Date |
|---|---|---|---|
| 1% 15 days, Net 30 | LIBERTY LOGISTICS | 12/07/10 | 11/03/10 |

| Item No. | Item Description | UOM | QTY Ordered | QTY Shipped | Case Qty | Price | Promo | Total | Allow. | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03503RA | CN Chicken Family | PAL | 6 | 6 | 600 | 480.00 | * | 2,880.00 | | 2,880.00 |
| 03502RA | CN Shrimp Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | | 480.00 |
| 03501RA | CN Beef Family | PAL | 1 | 1 | 100 | 480.00 | * | 480.00 | | 480.00 |
| 01503 | TR Chicken Family | PAL | 1 | 1 | 110 | 554.40 | * | 554.40 | | 554.40 |
| PL-WHITE1 | White Grade 1 Pallet | PAL | 9 | 9 | | | | | | |

| Invoice Totals: | 18 | 9 | 910 | | $ | 4,394.40 | $ | 4,394.40 |
|---|---|---|---|---|---|---|---|---|

# ***SALES ORDER***
## ***NAVISION***

| ENTERED | 11/3/2010 |
| --- | --- |
| ORDER# | SO-0147572 |
| WAREHOUSE | YG |

custPriceGroup: TL
custDiscGroup: 247005

TO

Food Basic Stores
2X4 Bergen Blvd
Fairview          NJ    07022

**BROKER** 5

**FROM**    2-7005          247005-23

Food Basic Stores
P.O. Box 4045
Patterson          NJ    07509

**CUST. ORDER#** 120810-524          **CARRIER**

| CASES | CODE | VAR | DESCRIPTION | GROSS | LIST | NET | A DEAL | SHIP DATE | OI DEAL | BB DEAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 01503 | | TR Chicken Family | 554.4 | 554.4 | 554.4 | 0 | | 0 | 213.4 | 10392608 |
| 1 | 03501 | RA | CN Beef Family | 480 | 480 | 480 | 0 | | 0 | 170 | 10392607 |
| 1 | 03502 | RA | CN Shrimp Family | 480 | 480 | 480 | 0 | | 0 | 170 | 10392607 |
| 6 | 03503 | RA | CN Chicken Family | 480 | 480 | 480 | 0 | | 0 | 170 | 10392607 |
| 9 | PL-WHI | | White Grade 1 Pallet | 0 | 0 | 0 | 0 | | 0 | 0 | |

**ETA** 12/8/2010

**TL BRACKET PRICING ON 48 PALLET DSD ORDERS**CUST. #: 202916

| 9 | TTL WEIGHT | 372.232 | LB | TTL PAL | 9 | TTL VALUE | 4394.4 |
| --- | --- | --- | --- | --- | --- | --- | --- |

SCANNED

Wednesday, November 03, 2010

JOR

**EDI Receive Document**
Nissin Foods USA, Inc.

November 3, 2010    1:35 PM
Page    1
CRudriguez

| Trade Partner No.<br>2015672820 | Navision<br>Document<br>I_SLSORD | EDI Document<br>No.<br>875 | Internal Doc. No.<br>EDI0188608 | Customer No.<br>247005 | Customer Name<br>Food Basic Stores | | Date<br>Received<br>11/03/10 |

**Document Date**
11/03/10

**External Document No.**
120810-524

**Requested Delivery Date**
12/08/10

**Comment**
CUST. #: 202916

| Shippment M<br>PP | Transportatio<br>M | Routing | FOB Point | Entity Name<br>NISSIN FOOD | Entity Name<br>ESM METRO | Salesperson<br>04019906414 | Entity Name<br>FOOD BASIC | Sell-to Custo<br>001367366052 |

| Address<br>274 BERGEN BLVD | Address 2 | City<br>FAIRVIEW | State<br>NJ | Zip<br>07022 |

| Quantity<br>6 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203503 | Vendor Item | Cust Item |

**EDI Description**
CUP NOODLES FAM PK CHICKE 6/2.25 OZ.

| Quantity<br>1 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203502 | Vendor Item | Cust Item |

**EDI Description**
CUP NOODLES FAM PK SHRIMP 6/2.25 OZ.

| Quantity<br>1 | EDI Unit of Measure<br>CA | EDI Unit Price<br>480 | EDI Item Cross Ref.<br>007066203501 | Vendor Item | Cust Item |

**EDI Description**
CUP NOODLES FAM PK BEEF  6/2.25 OZ.

| Quantity<br>1 | EDI Unit of Measure<br>CA | EDI Unit Price<br>554.4 | EDI Item Cross Ref.<br>007066201503 | Vendor Item | Cust Item |

| EDI Description<br>TOP RAMEN FAM PK CHICKEN  12/3 | Quantity Orderd<br>2 | Weight<br>12 | Amt |

SCANNED

December 7, 2010

# BILL OF LADING

Page 1

## SHIP FROM

Nissin Foods-York
601 Memory Lane
York, PA 17402
USA

## SHIP TO

Food Basic Stores # 524
274 Bergen Blvd
Fairview, NJ 07022
201-945-5255

## THIRD PARTY FREIGHT CHARGES BILL TO

**Bill of Lading No.:** SO-0147572

| Carrier Name/SCAC | LIBERTY LOGISTICS/LIBL |
|---|---|
| Shipment ID | SID(147571,572,568) |
| Trailer No. | 3302 |
| Seal No. | 1498000 |
| Delivery Date | 12/08/10 |

Freight Charge Terms:

Prepaid ___X___    Collect _____    3rd Party _____

## ORDER SUMMARY

| Customer PO No. | # Plts | # Units | Weight | Pallet/SLP | | Additional Shipper Info |
|---|---|---|---|---|---|---|
| 120810-524 | 9 | 9 | 2,854 | Y | N | Pallet Type: PL-WHITE1, White Grade 1 Pallet, 360 lb |

## ORDER DETAILS

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360

| ORDERED | | SHIPPED | | H.M. | WEIGHT | SKU | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | (X) | | | | NMFC # | CLASS |
| 1 | Pallets | 1 | Pallets | | 540 | 01503 | TR Chicken Family | 74820 | 60 |
| 1 | Pallets | 1 | Pallets | | 244 | 03501 | CN Beef Family | 72780 | 150 |
| 1 | Pallets | 1 | Pallets | | 244 | 03502 | CN Shrimp Family | 72780 | 150 |
| 6 | Pallets | 6 | Pallets | | 1,466 | 03503 | CN Chicken Family | 72780 | 150 |

| 9 | | 9 | | | 2,494 | | GRAND TOTAL | | |

Comments: Dels 12/08 @ 0700

COD Amount :

Customer check acceptable:

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

## SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

12-7-10

## CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

X   12-7-10



# INVOICE

| | |
|---|---|
| Invoice Number | PSI-174748 |
| Sales Order Number | SO-0147567 |
| Invoice Date | 12/09/10 |
| Customer PO# | 120810-502 |
| Your Reference | 120810-502 |
| Location Code | YORK |

**NISSIN FOODS (USA) CO.,INC**
FEIN 95-2655682
P.O. BOX 512877
LOS ANGELES , CA 90051-0877
Telephone: 323-321-6453
Customer #   247005      CG#  247005

ST#   247005

**Bill To**
Food Basic Stores
P.O. Box 4045
Patterson, NJ  07509

**Ship To**
Food Basic Store# 502
465 Getty Ave
Paterson, NJ  07503

---

| Payment Term | Ship Via | Ship Date | Order Date |
|---|---|---|---|
| 1% 15 days, Net 30 | LIBERTY LOGISTICS | 12/07/10 | 11/03/10 |

| Item No. | Item Description | UOM | QTY Ordered | QTY Shipped | Case Qty | Price | Promo | Total | Allow. | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03503RA | CN Chicken Family | PAL | 10 | 10 | 1,000 | 480.00 | * | 4,800.00 | | 4,800.00 |
| 03502RA | CN Shrimp Family | PAL | 2 | 2 | 200 | 480.00 | * | 960.00 | | 960.00 |
| 03501RA | CN Beef Family | PAL | 2 | 2 | 200 | 480.00 | * | 960.00 | | 960.00 |
| 01503 | TR Chicken Family | PAL | 2 | 2 | 220 | 554.40 | * | 1,108.80 | | 1,108.80 |
| PL-CHEP | Blue CHEP Pallet | PAL | 16 | 16 | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice Totals:** | | | 32 | 16 | 1,620 | | $ | 7,828.80 | $ | 7,828.80 |



***SALES ORDER***
***NAVISION***

| | ENTERED | 11/3/2010 |
|---|---|---|
| | ORDER# | SO-0/147587 |
| | WAREHOUSE | YO |

SCANNED

BROKER   5

FROM   247005   247005-02
Food Basic Stores
P.O. Box 4045
Patterson   NJ   07509

custPriceGroup:   TL
custDiscGroup:   247005

TO   Food Basic Stores
465 Getty Ave
Patterson   NJ   07503

SHIP DATE   12/6/2010

| CUST. ORDER# | 120810-502 | | CARRIER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASES | CODE | VAR | DESCRIPTION | GROSS | LIST | NET | A DEAL | OI DEAL | BB DEAL |
| 2 | 01503 | | TR Chicken Family | 554.4 | 554.4 | 554.4 | 0 | 0 | 213.4 | 10392608 |
| 2 | 03501 | RA | CN Beef Family | 480 | 480 | 480 | 0 | 0 | 170 | 1039/2607 |
| 2 | 03502 | RA | CN Shrimp Family | 480 | 480 | 480 | 0 | 0 | 170 | 1039/2607 |
| 10 | 09503 | RA | CN Chicken Family | 480 | 480 | 480 | 0 | 0 | 170 | 1039/2607 |
| 16 | PL-CHE | | Blue CHEP Pallet | 0 | 0 | 0 | 0 | 0 | 0 | |

ETA   12/8/2010

**TL BRACKET PRICING ON 48 PALLET DSD ORDERS**CUST. #: 202916

CASES   16   TTL WEIGHT   1126.02   LB   TTL PAL   16   TTL VALUE   7828.8

Liberty

JOR

**EDI Receive Document**

Nissin Foods USA, Inc.

November 3, 2010   1:35 PM

Page   1

CRodriguez

| Trade Partner No.
2015872820 | Navision
Document
I_SLSORD | EDI Document
No.
875 | Internal Doc. No.
EDI0188603 | Customer No.
247005 | Customer Name
Food Basic Stores | | Date
Received
11/03/10 |

**Document Date**
11/03/10

**External Document No.**
120810-502

**Requested Delivery Date**
12/08/10

**Comment**
CUST. #: 202916

| Shippment M
PP | Transportatio
M | Routing | FOB Point | Entity Name
NISSIN FOOD | Entity Name
ESM METRO | Salesperson
04019905414 | Entity Name
FOOD BASIC | Sell-to Custo
001367366050 |

| Address
465 GETTY AVE. | Address 2 | City
PATERSON | State
NJ | Zip | |

| Quantity
10 | EDI Unit of Measure
CA | EDI Unit Price
480 | EDI Item Cross Ref.
007066203503 | Vendor Item | Cust Item |

**EDI Description**
CUP NOODLES FAM PK CHICKE 6/2.25 OZ.

| Quantity
2 | EDI Unit of Measure
CA | EDI Unit Price
480 | EDI Item Cross Ref.
007066203502 | Vendor Item | Cust Item |

**EDI Description**
CUP NOODLES FAM PK SHRIMP 6/2.25 OZ.

| Quantity
2 | EDI Unit of Measure
CA | EDI Unit Price
480 | EDI Item Cross Ref.
007066203501 | Vendor Item | Cust Item |

**EDI Description**
CUP NOODLES FAM PK BEEF  6/2.25 OZ.

| Quantity
2 | EDI Unit of Measure
CA | EDI Unit Price
554.4 | EDI Item Cross Ref.
007066201503 | Vendor Item | Cust Item |

| EDI Description
TOP RAMEN FAM PK CHICKEN 12/3 | Quantity Orderd
16 | Weight
22 | Amt | |

SCANNED

# BILL OF LADING

December 7, 2010

Page 1

## SHIP FROM

Nissin Foods-York
601 Memory Lane
York, PA 17402
USA

**Bill of Lading No.:** SO-0147567

Carrier Name/SCAC   LIBERTY LOGISTICS/LIBL
Shipment ID   SID(147565/147567/147569)
Trailer No.   17865
Seal No.   149385)
Delivery Date   12/08/10

## SHIP TO

Food Basic Store# 502
465 Getty Ave
Paterson, NJ 07503
973-684-2223

## THIRD PARTY FREIGHT CHARGES BILL TO

**Freight Charge Terms:**

Prepaid __X__   Collect _____   3rd Party _____

## ORDER SUMMARY

| Customer PO No. | # Plts | # Units | Weight | Pallet/SLP | | Additional Shipper Info |
|---|---|---|---|---|---|---|
| 120810-502 | 16 | 16 | 5,607 | Y | N | Pallet Type: PL-CHEP, Blue CHEP Pallet, 1,104 lbs. |

## ORDER DETAILS

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360

| ORDERED | | SHIPPED | | H.M. | WEIGHT | SKU | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | (X) | | | | NMFC # | CLASS |
| 2 | Pallets | 2 | Pallets | | 1,081 | 01503 | TR Chicken Family | 74820 | 60 |
| 2 | Pallets | 2 | Pallets | | 489 | 03501 | CN Beef Family | 72780 | 150 |
| 2 | Pallets | 2 | Pallets | | 489 | 03502 | CN Shrimp Family | 72780 | 150 |
| 10 | Pallets | 10 | Pallets | | 2,444 | 03503 | CN Chicken Family | 72780 | 150 |

| 16 | | 16 | | | 4,503 | | **GRAND TOTAL** | | |

**COD Amount :**

**Customer check acceptable:**

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.   14706(c)(1)(A) and (B).

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
**Signature**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.