# Invoice

**Pike Mart, LLC**

Post Office Drawer 1907
McComb, Mississippi 39649
Telephone: 601-684-1341

| Date | Invoice # |
|---|---|
| 7/1/2010 | % Rental |

| Bill To |
|---|
| The Great Atlantic & Pacific<br>Tea Company, Inc.<br>2 Paragon Drive<br>Montvale, NJ. 07645<br>ATTN: Real Estate Accounting |

| P.O. No. | Terms | Project |
|---|---|---|
| % Rental | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Annual Percentage Rental | 12,000.00 | 12,000.00 |

**EXHIBIT 16**

| | Total | $12,000.00 |
|---|---|---|