UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*, | : Case No. 10-24549 (RDD) |
| | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

**STIPULATED ORDER GRANTING LEAVE TO FILE THE GATOR ENTITIES'
AND THE DEBTORS' SUPPLEMENTAL BRIEFS UNDER SEAL**

On October 19, 2011, the Court ordered the Debtors to produce copies of certain insurance policies to the Gator entities on an outside-counsel-eyes-only basis. On October 20, 2011, the Court ordered supplemental briefing on insurance-related issues in connection with the Objections of the Gator entities[1] to the Debtors' assumption of certain leases of real property owned by the Gator entities. This supplemental briefing will include discussions of, and the filing of, certain portions of the insurance policies at issue, which the Debtors have argued should be protected from public disclosure.

For purposes of the supplemental briefing ordered by the Court, the parties have agreed to the filing of the supplemental briefs and any relevant portions of the insurance policies under seal. Upon the parties' agreement, and after due deliberation and finding good cause to support the agreement, it is ORDERED that:

---

[1] Objection of Gator Monument Partners, LLLP to Debtor's Motion Pursuant to Sections 363(b) and 365(a) of the Bankruptcy Code Authorizing the Debtors to Assume Certain Unexpired Leases and Related Subleases of Non-Residential Real Property (Docket No. 2073); Objection of Gator Garwood Partners, Ltd. to Debtor's Motion Pursuant to Sections 363(b) and 365(a) of the Bankruptcy Code Authorizing the Debtors to Assume Certain Unexpired Leases and Related Subleases of Non-Residential Real Property (Docket No. 2071).

1

1. The Gator entities' and the Debtors' supplemental briefing on insurance issues (including any attachments or related filings) shall be filed under seal if such filing includes any information about specific terms of the Debtors' insurance policies.

2. The party making any such filing under seal shall prepare and file a public version of the filing. The public version shall have redacted from it any information about specific terms of the Debtors' insurance policies.

3. This stipulated order is without prejudice to the parties' respective rights to seek modification of the protection afforded to the Debtors' insurance policies and related information.

Dated: White Plains, New York　　　　　　　　/s/Robert D. Drain
　　　　October 31, 2011　　　　　　　　　　　Honorable Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

STIPULATED AND AGREED:

/s/ *Andrew M. Genser*　　　　　　　　　　　/s/ *Douglas L. Lutz*
Andrew M. Genser, Esq.　　　　　　　　　　Douglas L. Lutz, Esq.
Nathaniel Kritzer, Esq.　　　　　　　　　　　Ronald E. Gold, Esq.
**KIRKLAND & ELLIS LLP**　　　　　　　　Matthew C. Blickensderfer, Esq.
601 Lexington Avenue　　　　　　　　　　　**FROST BROWN TODD LLC**
New York, New York 10022　　　　　　　　3300 Great American Tower
212-446-4800 Telephone　　　　　　　　　　301 East Fourth Street
212-446-4900 Facsimile　　　　　　　　　　　Cincinnati, OH 45202
Andrew.genser@kirkland.com　　　　　　　　513-651-6800 Telephone
Nathaniel.kritzer@kirkland.com　　　　　　　513-651-6981 Facsimile
　　　　　　　　　　　　　　　　　　　　　dlutz@fbtlaw.com
Attorneys for Debtors　　　　　　　　　　　　rgold@fbtlaw.com
　　　　　　　　　　　　　　　　　　　　　mblickensderfer@fbtlaw.com

　　　　　　　　　　　　　　　　　　　　　Attorneys for Gator Monument Partners,
　　　　　　　　　　　　　　　　　　　　　LLLP, Gator Garwood Partners, Ltd. and
　　　　　　　　　　　　　　　　　　　　　Gator South Avenue Partners, Ltd.

2